# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Brunow Contracting, LLC | ) ASBCA Nos. 59991, 59992 |
| | ) |
| Under Contract No. FA4600-13-C-0014 | ) |

APPEARANCES FOR THE APPELLANT:  Michelle F. Kantor, Esq.
  McDonald Hopkins LLC
  Chicago, IL

  Mary I. Edquist, Esq.
  Richard H. Blake, Esq.
  McDonald Hopkins LLC
  Cleveland, OH

APPEARANCES FOR THE GOVERNMENT:  Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
  Maj Damund E. Williams, USAF
  Capt Christopher M. Kovach, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

On 15 December 2015 the Board received the parties' Joint Stipulation of Voluntary Dismissal without Prejudice pursuant to Board Rule 18. Accordingly, the above appeals are hereby dismissed without prejudice pursuant to Board Rule 18(a). Unless either party or the Board acts to reinstate the appeals within one year from the date of this Order, the dismissal shall be deemed to be with prejudice.

Dated: 15 December 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59991, 59992, Appeals of Brunow Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals